BOARD OF EDUCATION OF THE TOWN OF MORRISTOWN, ETC., PLAINTIFF-RESPONDENT, v. DWIGHT R. G. PALMER, ETC., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 88 *N. J. Super.* 378.

*Mr. Clive S. Cummis* and *Mr. Michael B. Tischman* for respondent.

*Messrs. Arthur J. Sills*, Attorney General of New Jersey, *William J. McCormack*, Deputy Attorney General for petitioner.

*Messrs. Pindar, McElroy, Connell & Foley* for defendant-movant.

October 19, 1965.   Granted.